IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 19 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **SUPERSEDING INDICTMENT** <br> CRIMINAL NO. 1:23-cr-00155-LG-RPM |
| JOHN LEE PRICE, III and <br> AHMED KARIM BARRIE | 21 U.S.C. § 841(a)(1) <br> 18 U.S.C. § 1952(a)(3) |

**The Grand Jury charges:**

## COUNT 1

On or about November 21, 2023, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendants, **JOHN LEE PRICE, III and AHMED KARIM BARRIE**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of Fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 2

On or about November 21, 2023, in Harrison County in the Southern Division of the Southern District of Mississippi and elsewhere, the defendants, **JOHN LEE PRICE, III and AHMED KARIM BARRIE,** aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3

On or about November 21, 2023, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOHN LEE PRICE, III and AHMED KARIM BARRIE**, did travel in interstate commerce from the State of Alabama to the Southern District of Mississippi and elsewhere, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, the unlawful activity being a business enterprise involving the distribution of a controlled substance, that is transporting fentanyl and methamphetamine, and thereafter did perform acts and attempt to perform acts to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of the unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offense as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property,

which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

_____
TODD W. GEE
United States Attorney

A TRUE BILL:

s/signature redacted
_____
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___ day of March 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

JOHN LEE PRICE, III and
AHMED KARIM BARRIE

**SUPERSEDING INDICTMENT**
CRIMINAL NO.1:23-cr-00155-LG-RPM

NOTICE OF MAXIMUM PENALTY

**Count 1:** **Possession with Intent to Distribute a Controlled Substance, fentanyl**
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

- Not less than ten (10) years, Not more than life imprisonment
- Not more than a $10,000,000 fine
- At least five (5) years supervised release
- $100 special assessment

**Count 2:** **Possession with Intent to Distribute a Controlled Substance, methamphetamine**
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

- Not less than ten (10) years, Not more than life imprisonment
- Not more than a $10,000,000 fine
- At least five (5) years supervised release
- $100 special assessment

**Count 3:** **Interstate Travel in Aid of an Unlawful Activity**
18 U.S.C. § 1952(a)(3)

- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine or twice the pecuniary gain or loss
- Not more than three (3) years supervised release
- $100 special assessment

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Harrison

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT  x      DOCKET # 1:23-cr-00155-LG-RPM
SAME DEFENDANT  x         NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER  1:23-mj-00659-RPM
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED: ____ YES  X  NO

NAME/ALIAS: John Lee Price, III

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 19 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  Erica L. Rose      OH BAR #0087758

INTERPRETER:  x  NO ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**    ARREST DATE 11/21/2023

X  ALREADY IN FEDERAL CUSTODY AS OF 11/21/2023
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 3      ____ PETTY  ____ MISDEMEANOR   3   FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  21:841A.CD.F | 21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute a Controlled Substance (Aiding & Abetting) | 1-2 |
| Set 2  18:1952-7460.F | 18 U.S.C. § 1952(a)(3) | Interstate & Foreign Travel or Transportation in Aid of Racketeering Enterprises | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _____

Revised 9/22/2020

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Harrison

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT  x      DOCKET # 1:23-cr-00155-LG-RPM
SAME DEFENDANT  x          NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER  1:23-mj-00659-RPM
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED: ____ YES  X  NO

NAME/ALIAS: Ahmed Karim Barrie

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 19 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  Erica L. Rose      OH BAR # 0087758

INTERPRETER:  x  NO  ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**      ARREST DATE 11/21/2023

X  ALREADY IN FEDERAL CUSTODY AS OF 11/21/2023
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 3    ____ PETTY    ____ MISDEMEANOR    3    FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  21:841A.CD.F | 21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute a Controlled Substance (Aiding & Abetting) | 1-2 |
| Set 2  18:1952-7460.F | 18 U.S.C. § 1952(a)(3) | Interstate & Foreign Travel or Transportation in Aid of Racketeering Enterprises | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _____

Revised 9/22/2020